

*ALINA HABBA*  
*United States Attorney*

*DANIEL A. FRIEDMAN*  
*Assistant United States Attorney*

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*401 Market Street, Fourth Floor*
*Camden, New Jersey 08101-2098*

*Direct Dial: 856.968.4867*
*Email: Daniel.friedman2@usdoj.gov*

April 17, 2025

<u>Via ECF</u>

Hon. Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    <u>United States v. Spitzer, et al., Crim. No. 24-528 (ESK)</u>

Dear Judge Kiel:

    Enclosed is a proposed scheduling order in this matter. The schedule revises the previously set schedule for the filing of pretrial motions following the appearance of new counsel for defendant Mendel Deutsch. On behalf of the parties, we respectfully request that Your Honor sign and docket the order. We are available to address any questions.

    Respectfully submitted,

    ALINA HABBA
    United States Attorney

    */s/ Daniel A. Friedman*
By:  DANIEL A. FRIEDMAN
    Assistant U.S. Attorney

Cc: All counsel of record (via ECF)