UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 24–cr–00528–ESK |
| v. | |
| **ARTHUR SPITZER, MENDEL DEUTSCH, and JUSHUA FELDBERGER** | ORDER |

**THIS MATTER** having come before the Court on June 9, 2025 for a status conference and hearing on the motion of the United States to take deposition (Motion) (ECF No. 61) on June 9, 2025; and defendants having opposed the motion (ECF No. 69), to which the United States filed a reply (ECF No. 71); and for the reasons stated on the record at the conference and hearing,

**IT IS** on this **9th** day of **June 2025** **ORDERED** that:

1. The Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**