

                                 **U.S. Department of Justice**

                                        *United States Attorney*
                                        *District of New Jersey*

                                            *401 Market Street, Fourth Floor*
                                              *Camden, New Jersey 08101-2098*

October 28, 2025

<u>**Via ECF**</u>

Hon. Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

        Re:    <u>**United States v. Spitzer, et al., Crim. No. 24-528 (ESK)**</u>

Dear Judge Kiel:

        Enclosed is a proposed scheduling order in this matter. The schedule revises the previously set schedule for the filing of response and reply briefs to the pretrial motions filed by defendant Arthur Spitzer. As Your Honor will recall, defendants Feldberger and Deutsch did not file pretrial motions.

        On behalf of the Government and defendant Spitzer, we respectfully request that Your Honor sign and docket the order.

                                              Respectfully submitted,

                                              */s/ Elisa T. Wiygul*
                                      By:  ELISA T. WIYGUL
                                              Assistant U.S. Attorney

Cc: All counsel of record (via ECF)