

Nixon Peabody LLP
55 West 46th Street
New York, NY 10036-4120

**Timothy D. Sini**
**Partner**

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 516.832.7655
F / 833.875.0420
tsini@nixonpeabody.com

February 12, 2026

***VIA ECF***

Hon. Edward S. Kiel
United States District Court
  for the District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      RE:   ***United States v. Mendel Deutsch***, **1:24-CR-00528 (ESK-2)**

Dear Judge Kiel:

      This firm represents Defendant Mendel Deutsch in the above-captioned matter. Mr. Deutsch's sentencing is currently scheduled for March 16, 2026 at 2:00 pm before your Honor.

      On February 3, 2026, the sentencing date of Mr. Deutsch's co-defendant, Joshua Feldberger, was adjourned from February 23, 2026 to May 19, 2026, due to the unavailability of Mr. Feldberger's attorney. Accordingly, Mr. Deutsch respectfully requests a brief adjournment of his own sentencing date to preserve the original sentencing order. This adjournment is necessary in part to provide counsel adequate time to collect the necessary supporting documentation in connection with U.S. Probation's request for information and Mr. Deutsch's sentencing submissions.

      This is Mr. Deutsch's first request to adjourn his sentencing. We have conferred with the Government and with the United States Probation Office. All parties consent to the adjournment and are available in early June for sentencing. Thank you for your consideration of this request.

Respectfully submitted,

Partner