

Nixon Peabody LLP 55
West 46th Street New
York, NY 10036-4120

**Timothy D. Sini**
Partner

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLL P

T / 516.832.7655
F / 833.875.0420
tsini@nixonpeabody.com

July 27, 2026

***VIA ECF***

Hon. Edward S. Kiel
United States District Court
  for the District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> **RE:** ***United States v. Mendel Deutsch***, **1:24-CR-00528 (ESK-2)**

Dear Judge Kiel:

This firm represents Defendant Mendel Deutsch in the above-captioned matter. Mr. Deutsch's sentencing is currently scheduled for August 25, 2026 at 1:30 pm before your Honor.

Mr. Deutsch respectfully requests an adjournment of his sentencing date. We have conferred with the Government and with the United States Probation Office. All parties consent to the adjournment and are available between October 6, 2026 and October 13, 2026 for sentencing. Thank you for your consideration of this request.

Respectfully submitted,

Partner

4927-1935-7120.2